**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.:** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **PATRICK PRITCHARD,** | : | <u>**UNDER SEAL**</u> |
| | : | |
| **Defendant.** | : | |

### <u>GOVERNMENT'S  MOTION TO SEAL INDICTMENT</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to seal the indictment in this case until the bench warrant for the defendant's arrest is executed.  As grounds for this motion, the government states the following.

The defendant is being charged, by indictment, with Transportation of Child Pornography and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(1), (b)(1) and 2252A(a)(5)(A), (b)(2), respectively.  Given the sensitive nature of the charges, and because the defendant is not in custody, the government does not want the charges to become public prior to the defendant's arrest in order to avoid potential disclosure of the charges, which may alert the defendant and cause

him to flee or destroy any contraband that might otherwise be in his possession at the time of his

arrest.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


By: _____
Frederick Yette, DC Bar # 385391
       Assistant U.S. Attorney
       United States Attorney's Office
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 353-1666
       Frederick.Yette@usdoj.gov