**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.:** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **PATRICK PRITCHARD,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the government's motion to seal the indictment in this case, and

for good cause shown, it is this _____ day of February, 2006

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of

the defendant's arrest on the charges contained in the indictment.

_____
United States Magistrate Judge