IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| PATRICK PRITCHARD, | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2252A(a)(1), (b)(1) |
| | : | Transportation of Child Pornography |
| | : | |
| | : | 18 U.S.C. § 2252A(a)(5)(A), (b)(2) |
| | : | Possession of Child Pornography |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 15, 2004, in the District of Columbia, **PATRICK PRITCHARD** did knowingly transport and ship in interstate and foreign commerce by any means, including by computer, one and more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that is, **PATRICK PRITCHARD** shipped and transported computer files that contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18,

United States Code, Section 2256(2), including the following files: "mmm+(2).jpg," "mmm+(75).jpg," "mmm+(130).jpg," "m+(14)," "033.jpgbfbhlVAB1.jpg," "mmm+(107)," and "113.jpg."

(**Transportation of Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) and 2256).

## COUNT TWO

On or about March 15, 2004, in the District of Columbia, **PATRICK PRITCHARD** knowingly possessed items of child pornography, as defined in 18 U.S.C. § 2256, which items depicted minors under the age of 18, and prepubescent minors and minors under the age of twelve years, and which items were possessed on any land or building owned by, leased to, or otherwise used by and under the control of the United States Government, that is, the United States Navy.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and (b)(2) and 2256).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia