# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-056 | MAGIS. NO: |
| *SEALED* V. PATRICK PRITCHARD | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Patrick Pritchard<br>Xxxxx Xxxx Xxxx, Xxxx x<br>Xxxxxxxxx, XX xxxxx | **FILED**<br>MAR 1 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:      PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

TRANSPORTATION OF CHILD PORNOGRAPHY;

POSSESSION OF CHILD PORNOGRAPHY

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18:2252A(a)(1), (b)(1) and 18:2252A(A)(5)(A), (b)(2) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>2/28/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>2/28/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-28-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE EXECUTED 3-15-06 | SEAN McLOOD  SDUSM | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X | |