UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 06-056 (RJL) |
| ) | |
| PATRICK PRITCHARD ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, Patrick Pritchard, through undersigned counsel, respectfully moves this Court to continue the presently scheduled status hearing in this case for thirty (30) days. As grounds for this motion, counsel states:

1. The next status hearing in this case is presently set for October 6, 2006, at 2:00 p.m.

2. Counsel for the Defendant is still in the process of reviewing the discovery provided by the Government in this case, and has additional outstanding discovery requests of the Government.

3. Before deciding whether or not to request a motion schedule and trial date in this matter, counsel for the Defendant would like the opportunity all the relevant discovery materials in this case.

4. The parties believe that discovery in this case can be completed in the next thirty days.

5. In order to avoid the convening of a status hearing at which both parties would be requesting a further status hearing in thirty days, counsel for Mr. Pritchard requests that the October 6, 2006, status hearing be vacated and that the status hearing be re-scheduled, at the Court's convenience, approximately thirty days hence.

6. The parties are available on the following dates: any day the week of October 30, 2006; or, any time on November 7th or 8th.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Frederick Yette.

/s/
_____
David W. Bos