# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Crim No. 06-056 (RJL)** |
| | ) | |
| **PATRICK PRITCHARD** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Patrick Pritchard, through undersigned counsel, respectfully moves this Court to continue the presently scheduled trail in this case to a date after September 10, 2007.  As grounds for this motion, counsel states:

1. The Defendant's trial is presently set for May 14, at 10:00 a.m.

2. Counsel for the Defendant is still in the process of reviewing the discovery provided by the Government in this case, and has additional outstanding discovery requests of the Government. Based on his review of the discovery provided thus far, counsel for the Defendant has determined that he will need the assistant of one or more experts to properly advise the Defendant whether or not to proceed to trial in this case. Counsel for the Defendant therefore requests that the trial in this case be continued.

3. This is the Defendant's first continuance request.

4. Given the nature of the investigation yet to be completed, the expected delay caused by retaining and consulting with defense experts and counsel's trial schedule, the Defendant requests that, should the Court grant this request, the trial in the case be continued to a date after September 10, 2007.

5. The Government, per Assistant United States Attorney Frederick Yette, does not oppose this request.


WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Frederick Yette.

/s/
_____
David W. Bos