UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>  v. )<br>         )<br>PATRICK PRITCHARD )<br>         )<br>    Defendant. ) | Crim No. 06-56 (RJL) |

**ORDER**

Upon consideration of defendant's unopposed motion to continue the presently scheduled trial, it is this _____ day of _____, 2007,

**ORDERED** that the trial scheduled for May 14, 2007, be rescheduled to _____, 2007 at _____ .m., it is

                _____
                RICHARD J. LEON
                UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Fredrick Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001