UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-56 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK PRITCHARD,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick W. Yette at telephone number (202) 353-1666 and/or email address Frederick.Yette@usdoj.gov.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    Frederick W. Yette, #385-391
    Assistant United States Attorney
    555 4th Street, NW, Room 4834
    Washington, DC 20530
    (202) 353-1666