IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. : 06-56(RJL) |
| | : | |
| v. | : | |
| | : | |
| **PATRICK PRITCHARD,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S PROPOSED PRELIMINARY STATEMENT
AND VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following preliminary statement and voir dire questions:

PRELIMINARY STATEMENT

This is a criminal case in which the defendant, Patrick Pritchard, is charged by a grand jury in a two-count indictment with possession and transportation of child pornography. The offenses are alleged to have occurred at the defendant's place of employment, the Naval Research Lab, in Washington, DC, on March 15, 2004. The defendant denies the allegations.

PROPOSED VOIR DIRE QUESTIONS

1. Based on this information, does any member of the jury panel believe that he or she knows anything about this case?

2. During the trial, you will see photographs containing pornographic images, including pornographic images of children. Is there anything about the nature of the charges or evidence in this case that might affect your ability to render a fair and impartial verdict if you are chosen as a

juror?

    3. [Introduction of the defendant]

    4. The defendant is represented by David Bos, of the Federal Public Defender Service. The United States is represented by Assistant United States Attorney Frederick Yette. Does any member of the panel know any of the parties or legal representatives of the parties in the case?

    5. During the presentation of evidence by the United States, you may hear testimony from or about the following persons: [List to be provided at trial].

    6. [Introduction of potential defense witnesses, if any.] Does any member of the panel know any of the prospective witnesses in the case?

    7. Some of the government witnesses are law enforcement officers. Have any of you, any members of your family, or any close friends, had an experience with any law enforcement, or police officer, or with any person associated with or employed by the United States Attorney's Office or the Court, which would make it difficult for you to be a fair or impartial juror in this case? (Answers to be taken at the bench).

    8. Have you or any of your relatives or any close friends ever worked, in any capacity, for any type of law enforcement agency, including: the Federal Bureau of Investigation, the United States Secret Service, the Internal Revenue Service, the Metropolitan Police Department, the United States Marshal Service, the United States Park Police, the Immigration and Naturalization Service and any other law enforcement agency?

        a.    If the answer is yes, what was the nature of the employment?

        b.    Would this employment affect your ability to be a fair and impartial juror in this case?

9. Has any member of the jury panel, or any of your immediate family members or close friends, studied law or had any legal training?

    a. If the answer is yes, what was the nature of the studies or training?

    b. Would this study or training affect your ability to follow the Court's instructions as to the law that should be applied in this case?

10. Have you or any of your relatives or any close friends ever worked, in any capacity, with or for a defense attorney or an investigator working for a defense attorney?

    a. If the answer if yes, what was the nature of the employment?

    b. Would this employment affect your ability to be fair and impartial juror in this case?

11. Have you or any of your relatives or any close friends ever worked in the computer industry as a technician, or computer software writer, or in some other similar capacity?

    a. If the answer if yes, what was the nature of the employment?

    b. Would this employment affect your ability to be fair and impartial juror in this case?

12. Has any member of the jury panel ever served as a juror in the trial of a criminal case? Is there anything about your prior experience as a juror which would affect your ability to be a fair and impartial juror in this case?

13. Has any member of the jury panel ever served as a grand juror? Is there anything about your prior experience as a grand juror which would affect your ability to be a fair and impartial juror in this case?

14. Has any member of the jury panel, or any of your relatives or close friends, been a witness to, a victim of, or arrested for and/or charged with a crime within the last 10 years? (Answers to be taken at the bench)

15. Is there any member of the jury panel who has any moral, religious or philosophical convictions which would make it difficult for you to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during the trial? (Answers to be taken at the bench)

16. Are there any among you who has a hearing problem such that it would make it difficult for you to hear tape recordings, or an eyesight problem which would make it difficult to view projections of photographs, all of which may be presented as part of the evidence in this case?

17. Do any of you have an illness, or other medical condition which would make it difficult for you to sit as a juror? (Answers to be taken at the bench).

18. Do any of you need to take any medication which might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings? (Answers to be taken at the bench).

19. The trial may last three days or longer. Is there any member of the jury panel who has an urgent or extremely important matter to attend to such that he or she would be faced with a hardship if selected for the jury in this case? (Answers to be taken at the bench).

20. Do any of you know of any reason whatsoever, even if not covered by the Court's questions, why you could not or should not sit as a juror in this case or why you could not render a fair and impartial verdict based upon the evidence and the law as you shall hear it? (Answers to be taken at the bench).

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

By: _____
    Frederick Yette, DC Bar # 385391
    Assistant U.S. Attorney
    Federal Major Crimes Section
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov