**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 06-56(RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK PRITCHARD,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S REVISED PROPOSED JURY INSTRUCTION**
**REGARDING POSSESSION OF CHILD PORNOGRAPHY**

PROPOSED INSTRUCTION
FOR POSSESSION OF CHILD PORNOGRAPHY

Title 18, United States Code, Section 2252A(a)(5) makes it a Federal crime or offense for any person to knowingly possess an image of child pornography on federal property.

The Defendant can be found guilty of this offense only if the following facts are proved beyond a reasonable doubt:

First: That the Defendant knowingly possessed one or more items of child pornography; and

Second: That such item or items of child pornography were possessed on any land or building owned by, leased to, or otherwise used by or under the control of the United States Government,

The term "child pornography" means any visual depiction including any photograph, film, video, picture, or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

The term "minor" means any person under the age of eighteen (18) years.

The term "sexually explicit conduct" means actual or simulated:

(a) sexual intercourse, including genital-genital, oral-genital, anal- genital, or oral-anal contact, whether between persons of the same or opposite sex;

(b) bestiality;

(c) masturbation;

(d) sadistic or masochistic abuse; or

(e) lascivious exhibition of the genitals or pubic area of any person.

Regarding the last type of sexually explicit conduct—"lascivious exhibition"—not every exposure of the genitals or pubic area constitutes a lascivious exhibition. In determining whether a visual depiction constitutes a lascivious exhibition, you should consider the context and setting in which the genitalia or pubic area is being displayed. You may consider the overall content of the material. You may also consider such factors as whether the focal point of the visual depiction is on the minor's genitalia or pubic area, or whether there is some other focal point. You may consider whether the setting of the depiction is such as to make it appear to be sexually inviting or suggestive; for example, in a location or in a pose associated with sexual activity. In addition you may consider whether the minor appears to be displayed in an unnatural pose or in inappropriate attire. You may also consider whether the minor is partially clothed or nude. You may consider whether the depiction appears to convey sexual coyness or an apparent willingness to engage in sexual activity, and whether the depiction appears to have been designed to elicit a sexual response in the viewer.  Of course, a visual depiction need not involve all of these factors to be a lascivious exhibition.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:     _____

Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov