UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                         Criminal Action 06-56

PATRICK PRITCHARD

Defendant

**FILED**
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Jury Note**

We will begin tomorrow Friday, April 11, 2008.

Foreman #

04/10/08
DATE

5:00 pm
TIME

— FOREPERSON