UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                              Criminal Action 06-56

PATRICK PRITCHARD

Defendant

## Jury Note

Good Morning.

May we have a flipchart and marker?

04/11/08
DATE

10:10 AM
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                          Criminal Action 06-56

PATRICK PRITCHARD

Defendant

## Jury Note

We are requesting the government's exhibits/evidence to review.

04/11/08
DATE

11:00 AM
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Criminal Action 06-56

PATRICK PRITCHARD

Defendant

## Jury Note

We would like to know if the termination letter was entered into evidence or only as a exhibit. If it was evidence may we have it.

04/11/08
DATE

11:31 AM
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                  Criminal Action 06-56

PATRICK PRITCHARD

Defendant

## Jury Note

We have reached a verdict.

04/11/08
DATE

2:08 pm
TIME

FOREPERSON