UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-0056 (RJL) |
| ) | |
| PATRICK PRITCHARD, ) | Trial: April 8, 2008 |
| ) | |
| Defendant. ) | |

## JURY VERDICT FORM

### COUNT ONE

With respect to the charge of Transportation of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) and 2256, we the jury find the defendant:

\_\_\_\_X\_\_\_\_ Guilty          _____ Not Guilty

### COUNT TWO

With respect to the charge of Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and (b)(2) and 2256, we the jury find the defendant:

\_\_\_\_X\_\_\_\_ Guilty          _____ Not Guilty

_\[signature\]_
FOREPERSON

04/11/08
Date