IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.:  06-56 (RJL) |
| | : |
| v. | : |
| | : |
| **PATRICK PRITCHARD,** | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this memorandum to aid the Court in its sentencing decision. For the reasons explained below, the government urges the Court to impose the statutorily mandated minimum sentence of 60 months imprisonment, as indicated in Paragraphs 56-59 of the Presentence Report. The government's reasoning for this request is explained below.

On April 11, 2008, a jury convicted the defendant of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(A). As the Court knows, after having conducted the trial, the defendant – a civilian employee at the Naval Research Lab – used his work computer to download images of child pornography and then email them to his personal Yahoo! email account. Several of the images show young children engaging in explicit sexual activity, and some of the images depict children who have not yet reached puberty striking lewd and lascivious poses.

As the evidence introduced during the trial demonstrated, the defendant made a deliberate decision to possess those images of child pornography. Michael Wavada, the government's forensic computer expert testified that the defendant viewed each image before making the decision to email it to his Yahoo! account. There is no doubt, then, that the defendant knew he was looking at child pornography and decided that he wanted to keep it for his own prurient pleasure.

The defendant's behavior was abhorrent and deserves to be punished severely. By imposing the significant sentence that the law demands, the Court will be meting out the kind of punishment that hopefully will discourage Mr. Pritchard from engaging in similar conduct once his incarceration ends. Furthermore, the sentence will help send the message to other individuals that our society will not tolerate the continued abuse of young children whose images permeate the internet. Accordingly, the government urges the Court to impose a sentence of 60 months incarceration, as required by federal law.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov