UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. No. 06-56 (RJL) |
| PATRICK PRITCHARD, | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**     Patrick Pritchard
43017 Hugh Drive
Hollywood, MD 20636

**Name and address of appellant's attorney:**     David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense: Count 1: 18 U.S.C. § 2252A(a)(1) & (b)(1) - Transportation of Child Pornography**
            **Count 2: 18 U.S.C. § 2252A(a)(5)(A) & (b)(2) - Possession of Child Pornography**

**Concise statement of judgment or order, giving date, and any sentence:**

   Date of Judgment - August 26, 2008
   60 months' incarceration on Count 1; 18 months' incarceration on Count 2, concurrent to Count 1; 36 months' supervised release on Counts 1 & 2, to run concurrently; and $200 special assessment.

**Name of institution where now confined, if not on bail:  N/A**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| _9/4/08_ | _____Patrick Pritchard_____ |
| DATE | APPELLANT |

| | | /s/ |
|---|---|---|
| CJA, NO FEE ____ | FPD | David W. Bos |
| PAID USDC FEE | No | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | No | |

Does counsel wish to appear on appeal?   _X_ Yes  ___ No
Has counsel ordered transcripts?   ___ Yes  _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  ___ No