UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
OF AMERICA

VS.   CRIMINAL ACTION NO. 06CR56

PATRICK PRITCHARD

### ORDER AMENDING JUDGMENT AND COMMITMENT

It is this _____ day of September, 2008,

ORDERED that the Judgment and Commitment signed on August 25, 2008, be amended to reflect a corrected Date of Imposition of Judgment of August 21, 2008.

RICHARD J. LEON
United States District Judge